**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>) <br>Plaintiff/Judgment Creditor, )<br>)<br>v. )<br>)<br>KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION, )<br>)<br>Defendant/Judgment Debtor, )<br>)<br>v. )<br>)<br>API-KOLON ENGINEERED PLASTICS A/K/A ADVANCE PLASTICS, INC., FILMQUEST GROUP, and SPONGE-CUSHION, INC. )<br>)<br>Garnishees. ) | Case No. 12-cv-05644 |

**NOTICE OF MOTION**

To: See Certificate of Service

PLEASE TAKE NOTICE THAT on **October 23, 2012 at 8:30 a.m. or as soon thereafter as we may be heard,** we shall appear before the Honorable Magistrate Judge **Joan Humphrey Lefkow**, in courtroom 1925 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's **Motion for Writ of Garnishment,** a copy of which is served upon you herewith**.**

*/s/ Bryan K. Duplechain*
Bryan K. Duplechain, IL Bar No. #6284499
333 West Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: 312-214-3055
Fax: 312-641-3004
bdup@sanchezdh.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of this **Motion for Writ of Garnishment** was served upon the below persons via regular mail, postage prepaid and properly addressed, in addition to those parties receiving notification by participation in the Court's ECF system on the 16th day of October, 2012:

*/s/ Bryan K. Duplechain*
Bryan K. Duplechain, IL Bar No. #6284499
333 West Wacker Drive, Suite 500
Chicago, IL 60606

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff/Judgment Creditor, | ) ) | Case No. 12-cv-05529 |
| v. | ) ) | |
| KOLON INDUSTRIES, INC. A/K/A KOLON CORPORATION, | ) ) ) | |
| Defendant/Judgment Debtor, | ) ) | HONORABLE JOAN H. LEFKOW, |
| v. | ) ) | MAGISTRATE JUDGE TO THE HONORABLE NAN R. NOLAN |
| API-KOLON ENGINEERED PLASTICS A/K/A ADVANCE PLASTICS, INC., FILMQUEST GROUP, and SPONGE-CUSHION, INC. | ) ) ) ) | |
| Garnishees. | ) | |

### MOTION FOR JUDGMENT ON GARNISHMENT
### AGAINST SPONGE-CUSHION, INC.

NOW COMES the Plaintiff/Judgment Creditor, E.I. DU PONT DE NEMOURS AND COMPANY, by an through its attorneys, Sanchez Daniels & Hoffman LLP, and for its Motion for Judgment of Garnishment states as follows:

1. Plaintiff served a Writ of Garnishment on Garnishee.

2. A timely Answer was filed by Garnishee. See Answer of Sponge Cushion, Inc. to Writ of Garnishment, attached hereto as Exhibit "A."

3. Garnishee had in its possession or control funds, property, or effects of defendant in the form of an open account, $206,861.21. See Exhibit "A."

4. Plaintiff has incurred costs as a result of this garnishment.

WHEREFORE Plaintiff requests this Court grant its motion, taxing costs against the Defendant, and enter a Judgment on Garnishment ordering Garnishee to pay to the Plaintiff all sums identified in Garnishee's Answer to Writ of Garnishment.

**FILED** this 16th day of October, 2012.

                                              Respectfully submitted,

                                              */s/ Bryan K. Duplechain*
                                              *Counsel for Judgment Creditor*
                                              *E.I. du Pont de Nemours and Company*
                                              Bryan K. Duplechain, IL Bar No. #6284499
                                              333 West Wacker Drive, Suite 500
                                              Chicago, IL 60606
                                              Telephone: 312-214-3055
                                              Fax: 312-641-3004
                                              bdup@sanchezdh.com